IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 06-cr-00104-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWLESS J. BARRIENTOS, JR.,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant's motion to withdraw as counsel, filed December 26, 2006, (doc. No. 18) is denied as moot given the parties' intent to file an amended plea agreement. The motion for sentence at variance with guideline range (doc. no. 20) is denied moot.

Dated: February 28, 2007

                                                        s/ Jane Trexler, Secretary/Deputy Clerk